No. 01–9279. IN RE LAMP;
No. 01–9280. IN RE JERRY-EL;
No. 01–9290. IN RE WREN;
No. 01–9311. IN RE BEAUMONT;
No. 01–9325. IN RE WARD; and
No. 01–9367. IN RE SMITH. Petitions for writs of habeas corpus denied.

No. 01–8973. IN RE SHEMONSKY. Petition for writ of mandamus denied.

No. 01–8868. IN RE BRETON. Petition for writ of mandamus and/or prohibition denied.

No. 01–1067. UNITED STATES v. WHITE MOUNTAIN APACHE TRIBE. C. A. Fed. Cir. Certiorari granted.

No. 01–1118. SCHEIDLER ET AL. v. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL.; and
No. 01–1119. OPERATION RESCUE v. NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. C. A. 7th Cir. Motions of People for Ethical Treatment of Animals, Inc., Seamless Garment Network et al., and Life Legal Defense Foundation for leave to file briefs as *amici curiae* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition in No. 01–1118, cases consolidated, and a total of one hour allotted for oral argument.

No. 01–9094. ABDUR'RAHMAN v. BELL, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 01–1060. BISHOP v. UNITED STATES. C. A. 5th Cir. Certiorari denied.